FILE COPY

DATE: 1/30/2015

RE: Case No. 14-0823
COA #: 12-13-00282-CV   TC#: 11CV31,845
STYLE: RICHARD LIVINGSTON AND DIANNE LIVINGSTON
v. SHERILYN ALEXANDER LANDERS AND BILLYE C.
ALEXANDER, HEIRS OF W.W. ALEXANDER, ET AL.

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702



FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB - 2 2015

TYLER TEXAS
CATHY S. LUSK, CLERK